43 P.3d 174

### Diane O. YOUNG

v.

### Charles N. JOHNSON.

Supreme Court of Arizona.

March 19, 2002.

ORDERED: Motion to Include Review of Order Granting Taxable Costs as Part of Pending Petition for Review = DENIED.

FURTHER ORDERED: Petition for Review = DENIED.

FURTHER ORDERED: The Court of Appeals' Opinion shall not be published, pursuant to Rule 111(g), Arizona Rules of the Supreme Court.